_____

No. 95-1617
_____

Dorothy Lewis; Anthony Lewis,    *
                                 *
         Appellants,             *
                                 *
    v.                           *
                                 *  Appeal from the United States
Randall Hundley; Ron Orr,        *  District Court for the
                                 *  Western District of Missouri.
         Appellees,              *
                                 *       [UNPUBLISHED]
Larry Hunter,                    *
                                 *
         Defendant.              *

_____

              Submitted:  January 4, 1996

                 Filed:  January 9, 1996
_____

Before FAGG, LOKEN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.
_____


PER CURIAM.


     Dorothy and Anthony Lewis appeal the district court's[1] grant
of summary judgment to defendants in their 42 U.S.C. § 1983 action.
Having carefully reviewed the record and the parties' briefs, we
conclude that no error of law or fact appears and that an opinion
would lack precedential value.


     Accordingly, we affirm.  See 8th Cir. R. 47B.


_____

     [1]The Honorable Fernando J. Gaitan, Jr., United States District
Judge for the Western District of Missouri.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.